Melanie A. Willette, Esq.
218 Bloomfield Avenue, #8
Montclair, NJ 07042
(973) 415-8082
melaniewillette@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------X
                                                     :

MARA PADILLA,                :
      Plaintiff,                   :
                                          :        CIVIL ACTION
      v.                          :        2:10-cv- 4968
                                          :
MICHAEL J. ASTRUE,       :        ORDER ON APPLICATION
COMMISSIONER                :        TO PROCEED *IN FORMA PAUPERIS*
OF SOCIAL SECURITY,       :
      Defendant.                :
                                          :
-----------------------------------------------------X

Having considered the application to proceed *in forma pauperis* under 28 U.S.C. § 1915;

      IT IS ORDERED that the application is:

__X__    GRANTED, and

__X__    The clerk is directed to file the complaint, and

__X__    IT IS FURTHER ORDERED that the clerk issue the summons and the United States Marshal serve a copy of the complaint, summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

_____    DENIED, for the following reasons:

_____
_____
_____

ENTERED, this __6__ day of __October__, 2010

                                                                   _____
                                                                                    U.S.D.J